UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61556-CIV-SMITH

CHARLES GREENBERG,

    Plaintiff,

v.

THE KEYES COMPANY,

    Defendant.

_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 25], filed in August 30, 2019. Upon consideration, it is

**ORDERED** that

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of September, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record